

**Michelle Mancino Marsh**
Direct 212.908.6180
mmarsh@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

March 1, 2011

**By Electronic Filing Using CM/ECF**

Hon. George H. Lowe
United States Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, New York 13261

Re: CAR-FRESHNER Corp., *et al* v. DIRECTV, Inc., Case No. 7:10-cv-00950 (GTS)(GHL)
Kenyon Reference No. 15019.3

Dear Judge Lowe:

    We represent Plaintiffs in the above-referenced action. We write to inform Your Honor that the parties have reached a settlement resolving all issues in this action. Plaintiffs will file a Notice of Dismissal within fifteen (15) days in accordance with the terms of the settlement agreement.

Respectfully submitted,

Michelle Mancino Marsh (516463)

cc: All Counsel of Record (via CM/ECF)