UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>DIRECTV, INC., <br><br>　　　　　　Defendant. | Civil Action No.: 7:10-cv-950 (GTS/GHL) <br><br> **STIPULATION OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and the parties' settlement, Plaintiffs CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD. and Defendant DIRECTV, INC., by their undersigned counsel, herein stipulate to the dismissal of the captioned action with prejudice.

Dated March 16, 2011.

Respectfully submitted,

MACKENZIE HUGHES LLP

By: _/s/ Nancy L. Pontius_
Nancy L. Pontius (102379)
101 South Salina Street, Suite 600
P.O. Box 4967
Syracuse, New York 13221-4967
Telephone: (315) 233-8281
Facsimile: (315) 426-8358
npontius@mackenziehughes.com

James E. Rosini (516478)
Michelle Mancino Marsh (516463)
Matthew E. Moersfelder (516464)
KENYON & KENYON L.L.P.
1 Broadway
New York, New York 10004-1007
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

KIRKLAND & ELLIS LLP

By: _/s/ Dale M. Cendali_
Dale M. Cendali
Claudia Ray (513798)
601 Lexington Ave.
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
claudia.ray@kirkland.com

Denis J. Sullivan (512997)
MARJAMA MULDOON BLASIAK & SULLIVAN LLP
250 S. Clinton Street, Suite 300
Syracuse New York 13202
Telephone: (315) 425-9000
Facsimile: (315) 425-9114

1

jrosini@kenyon.com
mmarsh@kenyon.com
mmoersfelder@kenyon.com

Attorneys for Plaintiffs
CAR-FRESHNER Corporation and
Julius Sämann Ltd.

dsullivan@cny-iplaw.com

Attorneys for Defendant
DIRECTV, Inc.

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: 3/17/11